AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America<br>v.<br><br>YHOUSER JOSE VELASCO-GARCIA<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  3:24-mj-104<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT
### BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  May 23, 2024  in the county of  Multnomah  in the  _____  District of  Oregon  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), and 846<br><br>18 U.S.C. §§ 2, 922(g)(5), and 924(c) | (1) Conspiracy to Distribute and Possess with Intent to Distribute 40 grams or more of Mixture and Substance containing Fentanyl, a Schedule II controlled substance;<br>(2) Possession with Intent to Distribute 40 grams or more of a Mixture and Substance containing Fentanyl, a Schedule II controlled substance;<br>(3) Possession of a Firearm in Furtherance of a Drug Trafficking Crime; and,<br>(4) Unlawful Possession of a Firearm by an Alien. |

This criminal complaint is based on these facts:

See attached affidavit of FBI Special Agent Bobby Gutierrez.

☑ Continued on the attached sheet.

/s/ By Phone
*Complainant's signature*

Bobby Gutierrez, Special Agent, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at  7:50 pm  a.m./p.m.

Date:  05/25/2024

*Judge's signature*

City and state:  Portland, Oregon     Hon. Jeffrey Armistead, U.S. Magistrate Judge
*Printed name and title*